Cyrus Safa
Nevada Bar No: 13241
Law Offices of Lawrence D. Rohlfing
12631 East Imperial Highway, Suite C-115
Santa Fe Springs, CA 90670
Tel.: (562) 868-5886
Fax: (562) 868-5491
E-mail rohlfing.office@rohlfinglaw.com

Gerald M. Welt
Attorney at Law: 1575
411 E. Bonneville Avenue, #505
Las Vegas, NV 89101
Tel.: (702) 382-2030
Fax: (702) 684-5157
E-mail: gmwesq@weltlaw.com; kwp@weltlaw.com

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| CAMARON MANIGAULT | Case No.: 2:19-cv-00162-GMN-BNW |
| Plaintiff, | STIPULATION TO EXTEND TIME TO FILE MOTION FOR SUMMARY JUDGMENT AND/OR REMAND |
| v. | |
| NANCY A. BERRYHILL, Acting Commissioner of Social Security, | (FIRST REQUEST) |
| Defendant. | |

Plaintiff Camaron Manigault and Defendant Nancy A. Berryhill, Acting Commissioner of Social Security, through their undersigned attorneys, stipulate, subject to this court's approval, to extend the time by 28 days from June 3, 2019 to July 1, 2019 for Plaintiff to file a motion for summary judgment and/or remand, with all other dates in the Court's order extended accordingly. This is Plaintiff's

-1-

first request for an extension. This request is made at the request of Plaintiff's counsel to allow additional time to fully research the issues presented. Plaintiff's counsel's assistant initially calendared the briefing in this case to the incorrect attorney. This case was internally reassigned to the undersigned who needs additional time to further research the issues and to determine whether the transcript is complete.

DATE: June 10, 2019     Respectfully submitted,

LAW OFFICES OF LAWRENCE D. ROHLFING

/s/ *Cyrus Safa*

BY: _____
Cyrus Safa
Attorney for plaintiff Mr. Camaron Manigault,

DATE:  June 10, 2019

NICHOLAS A. TRUTANICH
United States Attorney

/s/ *Gina Tomaselli*

BY: _____
Gina Tomaselli
Special Assistant United States Attorney
Attorneys for defendant Nancy A. Berryhill
Acting Commissioner of Social Security
|*authorized by e-mail|

IT IS SO ORDERED.

DATE :  June 13, 2019

_____
THE HONORABLE BRENDA WEKSLER
UNITED STATES MAGISTRATE JUDGE

**CERTIFICATE OF SERVICE**
**FOR CASE NUMBER 2:19-CV-00162-GMN-BNW**

I hereby certify that I electronically filed the foregoing with the Clerk of the Court for this court by using the CM/ECF system on June 10, 2019.

I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

*/s/ Cyrus Safa*
_____

Cyrus Safa
Attorneys for Plaintiff