NICHOLAS A. TRUTANICH, NSBN 13644
United States Attorney, District of Nevada
DEBORAH LEE STACHEL, CSBN 230138
Regional Chief Counsel, Region IX
Social Security Administration
GINA TOMASELLI, CSBN 267090
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, California 94105
    Telephone: (415) 268-5602
    Facsimile: (415) 744-0134
    E-Mail: Gina.Tomaselli@ssa.gov

Attorneys for Defendant

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA (LAS VEGAS)**

| | |
|---|---|
| CAMERON MANIGAULT, ) <br> ) <br> Plaintiff, ) <br> v. ) <br> ) <br> ANDREW SAUL, ) <br> Commissioner of Social Security, ) <br> ) <br> Defendant. ) <br> _____ ) | Case No. 2:19-CV-00162-GMN-BNW <br><br> **STIPULATION FOR VOLUNTARY REMAND PURSUANT TO SENTENCE FOUR OF 42. U.S.C. § 405(G)** |

    Plaintiff Cameron Manigault and Defendant Andrew Saul,[1] Commissioner of Social Security (the Commissioner), stipulate, with the approval of this Court, to remand the above-captioned case to the Commissioner, pursuant to sentence four of 42 U.S.C. § 405(g), for further proceedings.

    On remand, the Appeals Council will remand the case to an administrative law judge (ALJ) for a new decision. The Appeals Council will instruct the ALJ to re-evaluate the medical opinions and

---

[1] Andrew Saul is now the Commissioner of Social Security and is automatically substituted as a party pursuant to Fed. R. Civ. P. 25(d). See also section 205(g) of the Social Security Act, 42 USC 405(g) (action survives regardless of any change in the person occupying the office of Commissioner of Social Security).

- 1 -

explain the weight given to each opinion.  The parties further request that the Clerk of the Court be directed to enter a final judgment in favor of Plaintiff, reversing the final decision of the Commissioner.

                                                      Respectfully submitted,

Date:  June 26, 2019          By:      _/s/ Cyrus Safa *_
                                                      CYRUS SAFA
                                                      Law Offices of Lawrence D. Rohlfing
                                                      Attorney for plaintiff
                                                      (*by email authorization on 6/20/19)

Date:  June 26, 2019                     NICHOLAS A. TRUTANICH
                                                      United States Attorney
                                                        DEBORAH LEE STACHEL
                                                        Regional Chief Counsel, Region IX

                                        By:      _/s/ Gina Tomaselli_
                                                       GINA TOMASELLI
                                                       Special Assistant United States Attorney

                                                       Attorneys for Defendant

## **ORDER**

**IT IS HEREBY ORDERED** that the above Stipulation to Remand, (ECF No. 19), is **GRANTED**. **IT IS FURTHER ORDERED** that the Clerk of Court shall enter Judgment in favor of Plaintiff as stated above and close the case.

DATED this  _28_  day of June, 2019.

                                                      _____
                                                      Gloria M. Navarro, Chief Judge
                                                      UNITED STATES DISTRICT COURT

# CERTIFICATE OF SERVICE

I, Gina Tomaselli, certify that the following individual was served with a copy of the **STIPULATION FOR VOLUNTARY REMAND** on the date and via the method of service identified below:

**CM/ECF:**

Cyrus Safa
Law Offices of Lawrence D. Rohlfing
12631 E. Imperial Highway, Suite C-115
Santa Fe Springs, CA 90670
Email: cyrus.safa@rohlfinglaw.com

Dated this 26th day of June, 2019,

                                         */s/ Gina Tomaselli*
                                         GINA TOMASELLI
                                         Special Assistant United States Attorney